CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No:  **15-2194**

Short Caption:  **Louis Antonacci v. City of Chicago, et al**

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.

[ ]    PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

> **Ruth I Major**
> **Law Offices of Ruth I. Major, P.C.**

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

> **Hinshaw & Culbertson, LLP**

(3)  If the party or amicus is a corporation:

i)  Identify all its parent corporations, if any; and

> **N/A**

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

> **N/A**

Attorney's Signature:  **/s/ Kimberly A. Jansen**    Date:  **June 23, 2015**

Attorney's Printed Name:  **Kimberly A. Jansen**

Please indicate if you are Counsel of Record for the above listed parties pursuant to Circuit Rule 3(d).  Yes  **X**    No ___

Address:  **Hinshaw & Culbertson, LLP**
**222 N. LaSalle Street, Suite 300, Chicago, IL 60601**

Phone Number:  **312-704-3821**    Fax Number:  **312-704-3001**

E-Mail Address:  **kjansen@hinshawlaw.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of June, 2015, I electronically filed the foregoing Circuit Rule 26.1 Disclosure Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                    /s/ Kimberly A. Jansen