No. 15-2194

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| LOUIS ANTONACCI,　　　　　　　　　　Plaintiff-Appellant,　　v.　　CITY OF CHICAGO, a municipal corporation, et al.,　　　　　　　　　　Defendants-Appellees. | ) Appeal from the United States<br>) District Court, Northern District<br>) of Illinois, Eastern Division<br>)<br>) No. 15-cv-03750<br>)<br>) The Honorable,<br>) **Milton I. Shadur**,<br>) Judge Presiding.<br>) |

## APPEARANCE

I hereby enter my appearance as **counsel of record** for defendant-appellee CITY OF CHICAGO in the above-entitled case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　STEPHEN R. PATTON
　　　　　　　　　　　　　　　　Corporation Counsel
　　　　　　　　　　　　　　　　　of the City of Chicago


　　　　　　　　By:　　<u>s/SUZANNE M. LOOSE</u>
　　　　　　　　　　　　**SUZANNE M. LOOSE**
　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　**MYRIAM ZRECZNY KASPER**
　　　　　　　　　　　　Chief Assistant Corporation Counsel
　　　　　　　　　　　　30 North LaSalle Street - Suite 800
　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　(312) 744-8519/3564
　　　　　　　　　　　　suzanne.loose@cityofchicago.org

# CERTIFICATE OF SERVICE

  The foregoing APPEARANCE has been electronically filed on July 2, 2015. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on July 2, 2015.

  I further certify that one participant in the case is not an CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Louis Antonacci
360 H Street
Unit 334
Washington, DC 20002


      s/SUZANNE M. LOOSE
      **SUZANNE M. LOOSE**