IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 15-2194

LOUIS B. ANTONACCI,
Plaintiff/Appellant,

v.

CITY OF CHICAGO, et al.,
Defendants/Appellees.

## PETITION FOR REHEARING ON MOTION TO SET ORAL ARGUMENT

On Appeal from the United States District Court
for the Northern District of Illinois,
Eastern Division,
No. 1:15-CV-3750,
The Honorable Milton I. Shadur

Louis B. Antonacci
360 H Street NE
Unit 334
Washington, DC 20002
Tel: (703) 300-4635
lbacookcounty@gmail.com

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................................ ii

THIS APPEAL HAS BEEN FULLY BRIEFED
AND SHOULD BE SET FOR ORAL ARGUMENT ........................................... 1

PRAYER FOR RELIEF ....................................................................................... 2

# TABLE OF AUTHORITIES

C<small>OURT</small> R<small>ULES</small>

Fed. R. App. P. 34 ............................................................................................... 1

Circuit Rule 34 ..................................................................................................... 1

U.S. Court of Appeals for the Seventh Circuit
Operating Procedures ......................................................................................... 1

Case: 15-2194       Document: 58            Filed: 11/13/2015        Pages: 6

## THIS APPEAL HAS BEEN FULLY BRIEFED AND SHOULD BE SET FOR ORAL ARGUMENT

Appellant Louis B. Antonacci ("Antonacci") filed the Appellant's Reply Brief on September 30, 2015. (Doc. 46.) On October 13, 2015, the Clerk issued Notice of Oral Argument for Wednesday, December 16, 2015. (Doc. 51-1.) Circuit Rule 34(4) provides that "[o]nce an appeal has been scheduled for oral argument, he court will not ordinarily reschedule it."

On October 27, 2015 the Clerk *sua sponte* vacated the oral argument scheduled for Wednesday, December 16, 2015. (Doc. 55.) No reason was given for vacating oral argument in this matter. No oral argument has been subsequently scheduled in this matter. Pursuant to Rule 34(a), Antonacci seeks oral argument in this Appeal as soon as possible.

On November 11, 2015, Antonacci filed a Motion to Set Oral Argument. (Doc. 56.) On November 13, 2015 the Clerk issued an Order failing to set oral argument in this Appeal. (Doc. 57.) Pursuant to Seventh Circuit Operating Procedures 7(c), Antonacci contests the entry of this routine order by the Clerk, which failed to set oral argument in this Appeal as requested.

**WHEREFORE**, for the reasons stated herein, Plaintiff-Appellant Louis B. Antonacci respectfully requests that this Honorable Court **ORDER** the Clerk to set oral argument in this Appeal immediately.

**Dated:** November 13, 2015

>Respectfully submitted,
>**LOUIS B. ANTONACCI**
>
>
>/s/Louis B. Antonacci

Louis B. Antonacci
360 H Street NE
Unit 334
Washington, DC 20002
Tel: (703) 300-4635
lbacookcounty@gmail.com

✔

## CERTIFICATE OF SERVICE
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on __November 13, 2015__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ __Louis B. Antonacci__

☐

## CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:  
_____  
_____  
_____  
_____  
_____  
_____  
_____  

address:  
_____  
_____  
_____  
_____  
_____  
_____  
_____  

s/ _____