# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

March 18, 2016

| Before: | DIANE P. WOOD, *Chief Judge* |
|---|---|
| | WILLIAM J. BAUER, *Circuit Judge* |
| | RICHARD A. POSNER, *Circuit Judge* |

| No. 15-2194 | LOUIS B. ANTONACCI,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:15-cv-03750<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)